UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JULIE SU, Acting Secretary of Labor,          )
United States Department of Labor,            )
                                              )
                        Plaintiff,            )     No. 23 C 4983
                                              )
            v.                                )     Judge Hunt
                                              )
COMMITTEE FOR FAIR & EQUAL                    )
REPRESENTATION,                               )
                        Defendants.           )

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

The Plaintiff, the Secretary of Labor, by and through her attorney, Morris Pasquale, Acting United States Attorney for the Northern District of Illinois, moves for summary judgment in the above-captioned case. Plaintiff seeks a judgment voiding the January 7, 2023, election of officers conducted by the Committee for Fair and Equal Representation (CFER) for violating 29 U.S.C. §§ 481-483, and directing Defendant to conduct a new election for the offices of President, Vice President, and Recording Secretary under Plaintiff's supervision, and for other appropriate relief. The Secretary submits a brief in support of her motion.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By: s/ Craig A. Oswald
    CRAIG A. OSWALD
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-9080
    craig.oswald@usdoj.gov