**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Julie A Su

                                         Plaintiff,

v.                                     Case No.: 1:23−cv−04983
                                         Honorable LaShonda A. Hunt

Committee for Fair & Equal Representation

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 11, 2025:

        MINUTE entry before the Honorable LaShonda A. Hunt: Telephonic motion hearing held. For the reasons stated on the record in open court, Plaintiff's motion for summary judgment [24] is granted, Defendant's motion for summary judgment [21] is denied and judgment is entered in favor of Plaintiff and against Defendant. Accordingly, the January 2023 election is voided as to the offices of President, Vice President, and Secretary, and Defendant is ordered to conduct a new election under the Secretary of Labor's supervision. 29 U.S.C. § 482(c). In the interest of "practicality" and to avoid the duplicative expenditure of resources, the Court notes that the near pendency of Defendant's next regularly scheduled election (January 2026) may counsel toward the Secretary of Labor, in her discretion, deferring the new election until Defendant's next regularly scheduled election. See Marshall v. Loc. 1010, United Steelworkers of Am., AFL−CIO, CLC, 664 F.2d 144, 149 (7th Cir. 1981) (endorsing, without adopting, the Second Circuit's application of equitable principles to find that "practicality" and the "necessities of the particular case" dictated the proper remedy was to order the Secretary of Labor to supervise the next regularly scheduled election). Civil case terminated. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.