**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

Julie A Su,

Plaintiff(s),

v.

Committee for Fair & Equal Representation,

Defendant(s).

Case No. 23 CV 4983
Judge LaShonda A. Hunt

## <u>JUDGMENT IN A CIVIL CASE</u>

Judgment is hereby entered (check appropriate box):

☐　　in favor of plaintiff(s)
　　　and against defendant(s)
　　　in the amount of $　　　　　,

　　　　　　which ☐ includes　　　pre–judgment interest.
　　　　　　　　　☐ does not include pre–judgment interest.

　　Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

　　Plaintiff(s) shall recover costs from defendant(s).

---

☐　　in favor of defendant(s)
　　　and against plaintiff(s)

.

　　Defendant(s) shall recover costs from plaintiff(s).

---

☒　　other: Judgment is hereby entered in favor of the Plaintiff Julie A. Su and against Defendant
Committee for Fair & Equal Representation.

---

This action was *(check one)*:

☐ tried by a jury with Judge　　　presiding, and the jury has rendered a verdict.
☐ tried by Judge　　　without a jury and the above decision was reached.
☒ decided by Judge LaShonda A. Hunt on a motion.

Date: 9/11/2025

Thomas G. Bruton, Clerk of Court

<u>G. Lewis</u> , Deputy Clerk